UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 2:11-cr-00028 (PGS) |
| LAVARR FOWLER | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant U.S. Attorney, appearing), and defendant Lavarr Fowler (Lisa Van Hoeck, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel requires adequate time to review discovery in this case;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be

permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

(4) Defendant has consented to the aforementioned continuance; and

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 8th day of February, 2011,

ORDERED that this action be, and hereby is, continued from February 8, 2011, until April 9, 2011; and it is further

ORDERED that a case management conference shall be held on March 30, 2011, at 10:00 AM; and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference; and it is further

ORDERED that the period between February 8, 2011, through April 9, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
John E. Clabby
Assistant U.S. Attorney

_____
Lisa Van Hoeck, Esq.
Counsel for defendant Lavarr Fowler